**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00928-CV

### KASEY C. KRUMMEL AND KRUMMEL LAW, Appellants

### V.

### NXRT ATERA, LLC AND NXRT ATERA II, LLC D/B/A ATERA APARTMENTS, TI COMMUNITIES AND TMIF VIEW LP, D/B/A THE VIEW AT KESSLER PARK, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02415**

## ORDER

Before the Court is appellants' second motion for extension of time to file the appellate record. We **GRANT** the motion and **ORDER** the record be filed no later than January 6, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE